replied that he had just talked with MARTINEZ "yesterday."
MADERA then inquired of ROSALES whether MARTINEZ had told ROSALES
"...about a guy that is coming up here."  When ROSALES asked
"which one," MADERA replied, "the guy from Connecticut..."
ROSALES answered "I talked to him (referring to MARTINEZ) the
other day...and he told me he no longer had a [calling] card...so
I'm supposed to call him today...I haven't called yet, but I'm
going to give him a call."  MADERA then reiterated to ROSALES
that he should call MARTINEZ and tell him that "this guy (from
Connecticut) is calling me to see what we can do for him."
"Who's that?" asked ROSALES.  "Tell him it's *Gediondo*," replied
MADERA. (*Gediondo* is Spanish for "Stinky", a person later
identified as Roberto GUZMAN.) ROSALES said he would do as MADERA
had instructed. (Based on this and previous intercepts of MADERA,
I believe that MADERA wanted ROSALES to tell MARTINEZ about
*Gediondo* coming to Massachusetts so that efforts could be made by
ROSALES and other members of the conspiracy to collect money owed
*Gediondo* for a previous shipment of cocaine.)[37]

---

[37]   Gediondo was later identified by Connecticut based DEA
Agents as Roberto GUZMAN.  This and subsequent Title III
intercepts established that GUZMAN was known to MADERA and
functioned as an alternate source of cocaine to the
MARTINEZ/MADERA organization whenever Mexican supplies of cocaine
(through SACAIDA) had been exhausted.  Intercepts established
further that GUZMAN dealt directly with MADERA over MADERA's
facilities (although MARTINEZ was acquainted with him) and that
GUZMAN's product was shared amongst MADERA's, MARTINEZ', and
ROSALES' drug customers.  Likewise, intercepts also established
that MADERA, MARTINEZ and ROSALES collected money form their

100. At approximately 11:58 a.m. the same day, ROSALES called MADERA. ROSALES asked MADERA for "CHON's" telephone number. When MADERA told ROSALES that CHON was with him, ROSALES and CHON spoke with each other. ROSALES explained to CHON that MARTINEZ had told him that CHON had a "suitcase" at his house. CHON confirmed ROSALES' information.  ROSALES then told CHON that they needed to "put together whatever there is plus what I have." (That is, put together money owed *Gediondo* that each man – MADERA, CHON, ROSALES – collected from their clients.)  ROSALES also mentioned that neither he nor MARTINEZ had the key to the suitcase.  CHON remarked that they could break it open if necessary. CHON then asked ROSALES what time he (CHON) could drop off the money.  ROSALES said 15 to 20 minutes.  CHON confirmed that they should meet up in 20 minutes.

101. During this call, MADERA reclaimed the telephone and ROSALES told MADERA that he was going to CHON's house.  MADERA replied, "we can get it ready so this guy (i.e. *Gediondo*) can leave tomorrow."  ROSALES said that he needed to collect "that" (money) and that he "had to go see some other people." (to collect money owed MARTINEZ from prior drug sales and to give to *Gediondo*.) MADERA remarked, "this guy" (*Gediondo*) keeps calling and calling every second." (About the status of his money, I

---

customers to compensate GUZMAN for his supply of cocaine.

102

believe.)

102.  At approximately 12:27 p.m. the same day, ROSALES
spoke with GARCIA.  ROSALES told GARCIA that MARTINEZ had called
him (ROSALES) about "you know...to collect it."  ("it" referring
to drug money.) ROSALES stated that, "what's his face (CHON) is
also going to bring some money over from that...and I have to go
see some guy that's going to give me some of that as well....so
he (MARTINEZ) asked me to collect that you have and...that was
why I was asking you." (In view of the previous conversations
with MADERA about collecting money for Gediondo, ROSALES is
asking GARCIA, as he asked CHON, to collect drug money that
GARCIA had obtained from customers so that these funds could be
paid to Gediondo.)

103. GARCIA also mentioned to ROSALES that another customer,
"the guy from the Jetta" was going to call that day, and GARCIA
intended to "go see him where he lives." (A reference to meeting
another customer (Jetta) to collect more money to be given to
Gediondo.)  ROSALES replied that if customer did not call GARCIA,
GARCIA was to call him "because it has been too many days." (In
other words, the customer was late with his payments.)

104. Later on at approximately 1:40 p.m., ROSALES called
MADERA and told him that he was "ready." (Meaning, I believe,
that ROSALES was "ready" with the money that he had collected
from CHON and GARCIA for Gediondo.)  MADERA replied, "so how much

103

is it (money) so I can tell this guy (*Gediondo*). "Well," said ROSALES, "the *mujer* is all grown up...she's 70 years old." ("70" meaning, I believe, $70,000.) "Okay," replied MADERA. ROSALES then asked MADERA "what time can you stop by where the Doberman lives at?" MADERA replied, "let me call *el Cuiji* (Rogelio GARCIA)...I'll have him go by there." (To collect from ROSALES, I believe, funds owed *Gediondo*.)

105. A short time later, MADERA called ROSALES again and asked ROSALES whether he (ROSALES) could "go to where the Doberman lives at....so he can see you there instead?"[38]  MADERA, apparently confused about where to send *el Cuiji* to collect the money, replied, "oh, where the Doberman lives...not where CHON lives...okay, he'll be there in fifteen minutes then." "I'll be waiting for him," said ROSALES. MADERA then directed ROSALES to "make a really nice wrapping around it...put in anything you want....you know what I mean...set it up really good for traveling." (A directive to ROSALES to wrap the $70,000 owed *Gediondo* carefully, perhaps to fit into a hide.)

**15.  September 27, 2003: ROSALES and DEJESUS**

---

[38]  ROSALES and other target subjects often talked about meeting to buy and sell drugs at "the Doberman." I believe that "the Doberman" was a reference to 46 Wyman Street because after calls indicating that ROSALES and others would meet there, surveillance observed ROSALES going to 46 Wyman Street. Likewise, on one occasion during which ROSALES discussed meeting a customer at the "Doberman," cell site data from the target telephone provider confirmed that ROSALES' telephone was in close proximity to 46 Wyman Street, Lynn, MA.

106.  On September 27, 2003, at approximately 9:01 p.m.,
ROSALES spoke with DEJESUS in order to ask him if he "wanted to
make a reservation for the flight...the reservation is going for
6." (Meaning, I believe, was DEJESUS interested in purchasing a
kilogram of cocaine for $26,000.) When DEJESUS asked "how much"
ROSALES could give him, ROSALES replied, "I can give
you..either...half of a *boleto* (ticket) or...a quarter of a
*boleto*." (*Boleto*, I believe, was a coded reference to a kilogram
of cocaine.) DEJESUS answered, "well, make the reservation for
half of a *boleto*." (Or a half a kilogram of cocaine.) DEJESUS
then asked ROSALES whether they could do it (the drug deal)
"tomorrow morning...what time are you going to be available
tomorrow." When ROSALES asked, "you tell me the time," DEJESUS
replied, "I can do it any time after nine."  "Then you tell me,"
answered ROSALES, "and I'll be available."  Before hanging up,
DEJESUS repeated to ROSALES, "make that a reservation for half a
*boleto*." (In other words, a half a kilogram of cocaine from
ROSALES to DEJESUS priced at $26,000 per kilogram.)

**16.  October 2, 2003: ROSALES and ZAYAS**

107.  On October 2, 2003 at 8:11 p.m., ROSALES called ZAYAS
ZAYAS from target telephone # 6 to 781 632-2960 (the same phone
that ZAYAS called MARTINEZ from between September 19-20, 2003
after police had seized GARCIA's Mercury Mountaineer in North
Carolina, and ZAYAS was forced to take the bus for the trip to

Orlando and his meeting with MARTINEZ.)

108.  ZAYAS asked ROSALES where he was so that ZAYAS could deliver him money that ZAYAS owed ROSALES – "where are you man, I'm going to give you that now, I already have that for you here."  ("that" referring to a sum of money ZAYAS owed ROSALES, I believe, for a past drug purchase.)  When ROSALES asked ZAYAS where he was, ZAYAS said that he would wait for ROSALES at a nearby restaurant and that he expected "to get something here so I can complete that for you."  (An indication that ZAYAS expected to collect more money at the restaurant so that he could "complete" his drug payment to ROSALES.)

109.  Later in the call ROSALES told ZAYAS that "that guy showed up" (with drugs) and that ROSALES had tried to reach ZAYAS so that he could sell these drugs to ZAYAS.  ROSALES explained that he had called ZAYAS twice but that ZAYAS did not answer his phone and that "the guy had 1 car engine and it was good."  ("1 car engine" being a coded reference to either a kilogram or other quantity of cocaine of, apparently, good quality.)  When ZAYAS complained that he had fallen asleep on the couch and missed ROSALES' call, ROSALES explained that he "called Charley (referring to Carlos RUIZ, a/k/a Coco-Colo), you know...and he took it right away."  (In other words, since ROSALES could not reach ZAYAS about selling him cocaine, ROSALES called RUIZ instead and RUIZ "took it" (bought it) immediately.)

106

**17.  October 5-7, 2003: ROSALES, MADERA, GERMOSEN, and 46 Wyman
Street**

110. October 5, 2003, at approximately 5:29 p.m., ROSALES
called and told MADERA that he had "met with the guy today....the
one that I told you was coming...but ...he could only come up
with one...I don't know if you would be interested in taking a
half (1/2)." ("half" referring, I believe, to a half a kilogram
of cocaine that ROSALES was willing to sell to MADERA.)  MADERA
replied, "well, if you give me 1/2, I'll take it." (Meaning that
if ROSALES still had the 1/2 kilogram of cocaine, MADERA would
buy it.)  ROSALES answered, "well....I'm ready...that's all
ready." (In other words, ROSALES would sell MADERA the cocaine if
he wanted to buy it.)  MADERA continued, "the only thing is that
it's going to have to be later because Christian (GERMOSEN,
MADERA's brother)...I have to get in touch with
Christian....could it be in the morning on the safe side?"
ROSALES replied, "okay, it's better tomorrow.....uh, it's with
the six and a half, man...because that's how the situation is,
you know?" ("six and a half" meaning the cost of an entire
kilogram of cocaine was $26,500.)  MADERA relied, "that's
fine...yeah of course, that's okay."  ROSALES told MADERA to call
him "when you're ready to pick it up." ("it" referring to the
half kilogram of cocaine.)

111. On October 6, 2003, at approximately 4:29 p.m., MADERA
called ROSALES and asked ROSALES if ROSALES had "*Lagartijio's*

telephone number." (*Lagartijio* being a nickname for GARCIA, a/k/a
*Lacuilla*.) ROSALES dictated GARCIA's number, "write it down...
781...244....0256." MADERA told ROSALES that he would call
ROSALES later "to go pick that up." (Referring, I believe, to
the 1/2 kilogram of cocaine discussed the day before.) ROSALES
replied, "that's fine because I haven't used it yet...I wasn't
going to use it until tomorrow. (Suggesting, I believe, that
ROSALES would sell the cocaine to someone else if MADERA did not
take it.) MADERA replied, "so call me when you're about to break
it." ("Break" refers, I believe, to dividing the kilogram in half
to sell MADERA.) ROSALES continued, "well if you need it right
away..." "No," MADERA replied, "tomorrow is fine.

112. On October 7, 2003, at approximately 12:04 p.m.,
ROSALES called MADERA again and asked MADERA if he still wanted
"that." (Meaning did MADERA still want the drugs.) MADERA said,
"yeah," then asked ROSALES whether "this guy" had called him yet.
When ROSALES asked "who?", MADERA replied "Christian." (Referring
to Christian GERMOSEN, MADERA's brother.) ROSALES said that
GERMOSEN had not called him and reiterated to MADERA that ROSALES
had to know whether MADERA wanted the 1/2 kilogram of cocaine
because ROSALES had other interested customers. MADERA confirmed
his need for the drugs telling ROSALES "I'm counting on that."
ROSALES told MADERA to "...give him (GERMOSEN) a call and tell
him to call me please." (In order to complete delivery of the 1/2

kilogram.)

**Surveillance of GERMOSEN**

113. On October 7, 2003, at approximately 12:07 p.m.,
GERMOSEN called ROSALES. ROSALES asked GERMOSEN what time he
could stop by. GERMOSEN replied "in about 15 minutes." ROSALES
countered, "so I can open that then?" ("that" referring to the
kilogram that ROSALES was about to divide in half in order to
give one half to MADERA.) "Alright then," replied GERMOSEN, and
then asked ROSALES where they could meet. ROSALES stated, "over
where you have been before...but its now going to be the first
floor, not upstairs." "Alright," said GERMOSEN.

114. At approximately 12:22 p.m. the same day, surveillance
agents took up positions in the vicinity of 46 Wyman Street in
Lynn, MA. At approximately 12:29 p.m., agents observed a black
Ford Expedition SUV (MA Reg CI 9820) being operated by a Hispanic
male drive up Wyman Street, turn into the driveway of 46 Wyman
Street, and continue towards the rear of the residence. (As the
black Expedition pulled into the 46 Wyman Street driveway,
another surveillance agent identified its driver and sole
occupant as Christian GERMOSEN based on his prior review of MA
Driver's License photograph of Christian GERMOSEN.) At 12:30
p.m., surveillance observed the black Expedition drive to the
rear of 46 Wyman Street where GERMOSEN, wearing a white baseball
cap and blue jeans, exited the vehicle and walked into 46 Wyman

109

Street building.  At 12:32 p.m., GERMOSEN exited the rear
entrance of 46 Wyman Street carrying a medium size package and
return to the Ford Expedition.  After sitting inside the vehicle
for 2 minutes or so, GERMOSEN departed the driveway (at 12:34
p.m.) towards nearby Boston Street where surveillance was
terminated.

115. Based upon the calls between ROSALES, MADERA and,
later, the single call between ROSALES and GERMOSEN less than 30
minutes before GERMOSEN was identified coming and going from 46
Wyman Street – an address commonly frequented by ROSALES, and
other target subjects – I believe that MADERA and ROSALES
negotiated the purchase and sale of a half kilogram of cocaine
between October 5 and October 7, 2003, and that on October 7,
GERMOSEN went to 46 Wyman Street to collect the aforementioned
1/2 kilogram of cocaine.)

## 18. October 4-6, 2003: ROSALES and Ricardo MARTINEZ

116. On October 4, 2003, at approximately 1:03 p.m., ROSALES
called Ricardo MARTINEZ and asked Ricardo MARTINEZ whether he had
contacted one of their customers.  Ricardo MARTINEZ replied that
the "guy" still "needed to collect 500 bucks...that he was going
to borrow them so that so that it was going to be 3 o'clock."
"$500?" replied ROSALES, "that's fine." (I believe that the $5000
was a drug debt owed the organization and was to be collected by
Ricardo MARTINEZ.) ROSALES also asked Ricardo MARTINEZ when he

was planning to join MARTINEZ (his brother) and ailing mother in Mexico. Ricardo MARTINEZ replied that he was leaving "at night...depending how things go."

117.  On October 6, 2003, at approximately 12:49 p.m., ROSALES was called by Ricardo MARTINEZ. ROSALES asked Ricardo MARTINEZ where he was; Ricardo MARTINEZ replied that he was "2 hours away from the Texas border." Ricardo MARTINEZ also stated that he had a problem -- his cellular telephone was not working and ROSALES needed to go to the telephone store and add more money to his telephone account. ROSALES replied that he (ROSALES) already knew that the phone was because Valentin MARTINEZ had already informed ROSALES.  ROSALES was also told by Valentin MARTINEZ to tell Ricardo to disconnect the telephone and call Valentin MARTINEZ in Mexico.  Ricardo Martinez said he would call his brother when he reached a telephone.

## 19.  October 7, 2003: ROSALES, DEJESUS, and 106 Marianna Street, Lynn, MA

118.  On October 7, 2004, at approximately 12:30 p.m., DEJESUS called ROSALES from 781 913-2224 and asked ROSALES "in how long can we see each other?" ROSALES replied, "in half hour...at one o'clock." When ROSALES asked DEJESUS where they could meet, DEJESUS replied that ROSALES could stop by either "by the grocery store...or if you want to stop by the house." When ROSALES said whatever was easier, DEJESUS said for ROSALES to "just come over to the house then...you know where I have told

111

you before." ROSALES said that he would be there "at 1 o'clock then." (Based on this exchange, and DEJESUS prior drug related conversations with ROSALES, I believe that ROSALES intended to meet with DEJESUS at 106 Marianna Street to deliver drugs to him.)

## Surveillance of ROSALES at 106 Marianna Street, Lynn, MA

119.  At approximately 1:00 p.m., surveillance observed ROSALES depart from 46 Wyman Street driving the green Lincoln Town Car (MA Reg. CI355H) and drive to 106 Marianna Street.  Upon ROSALES' arrival, he entered the building, remained 15 minutes, exited the building, and drove away.[39]

## 20.  October 11-15, 2003: ROSALES and ORTIZ (Scarface)

120. On October 11, 2003, at approximately 8:58 p.m., ROSALES received a call from ORTIZ.  ORTIZ told ROSALES that he had a guy who "has to square that away for me...he hasn't called me yet so...I think that there's a pretty good chance by tomorrow afternoon...I'll be ready with half of the rest...you understand me...because things are kind of slow for the guy now...so he hasn't call me."  ORTIZ assured ROSALES that he would have the "rest" of what he owed ROSALES (for a previous drug delivery) by

---

[39] I was informed, incorrectly, by surveillance that ROSALES had entered 107 Marianna Street at around 1:00 p.m on October 7, 2003.  However after talking with the surveillance agents, I have since learned that they had confused 106 Marianna with 107 Marianna Street and, as such, are able to confirm that ROSALES entered 106 Marianna Street that day, presumably to sell drugs to DEJESUS.

112

the next day. When ROSALES pressed ORTIZ for the money, ORTIZ
said that he had a couple of hidden *papeletas* that he could tap
if his "guy" was unable to come up with the money.   "Alright
man," replied ROSALES. (I believe that ORTIZ expected to be able
to pay ROSALES what he owed him by the next day even if he had to
pay ROSALES from his own money *(papeletas)*.

        121. On October 15, 2003, ROSALES and ORTIZ were intercepted
several times between 11:30 a.m. and 12:30 p.m. about ORTIZ
meeting ROSALES at Kelly's Roast Beef restaurant on Route 1
(south) in Saugus, MA and collecting drugs.   Around 12:30 p.m.,
after meeting up with ROSALES in the parking lot of Kelly's and
directing ROSALES to follow him in his car ("follow me...so we
don't have to stay there"), ORTIZ blurted out whether ROSALES had
seen "the car behind you." (Referring, I believe, to one of the
surveillance vehicles assigned to that location.) ORTIZ continued
that he had told ROSALES to follow him because he saw a car
parked at the restaurant in which he observed "some strange
movement going on in the white car."   ROSALES confirmed that he
saw a "blue car behind me," (referring to another surveillance
vehicle), and ORTIZ noted that he had seen a "black car..on the
other side (of the lot)...and when we took off, the black car
took off as well." (The black car was a third surveillance
vehicle dispatched to the scene.)   After driving away from
Kelly's ROSALES and ORTIZ talked about seeing the white car drive

113

"around the block," and a second vehicle driving down "another
street," and that things were "kind of strange."  After ROSALES
and ORTIZ left the area, ORTIZ told ROSALES that "the black car
that went by me a little while ago...those people are cops,
because he just went by me again." "Really," remarked ROSALES.
"Yes, yes, yes, yes," said ORTIZ. (It would appear from this
exchange that despite efforts to surveil this meeting/transaction
undetected, ROSALES and ORTIZ detected law enforcement, canceled
their planned drug deal, and sped away.)

**21.  October 18-19, 2003: ROSALES and BALBI (New York supplier)**

122. On October 18, 2003, at approximately 2:11 p.m.,
ROSALES called Diego BALBI, a New York based cocaine supplier of
the organization.[40]  BALBI told ROSALES that he "was here for you
always." ROSALES replied, "do you think you're going to have the
*reservation*?" (Meaning would BALBI have drugs to sell ROSALES.)
BALBI replied that he thought that he would have it for ROSALES
but that it would have to be "for tomorrow...around 12:00."
ROSALES answered, "that's even better, that way I'll collect even
more [money]." (in other words, ROSALES would have time to
collect additional monies from customers that, later, he would

---

40

[redacted]

114

give to BALBI.)   BALBI said that if "anything else came up," he
would take care of ROSALES with "whatever extra" he had. (Meaning
that if BALBI had more drugs to sell ROSALES than originally
planned, ROSALES would get them.)   ROSALES replied, "for the
moment I just need a *reservation*." (Referring, I believe, to a
single kilogram of cocaine.)

123. On October 19, 2003, at approximately 1:38 p.m., a
BALBI associate, "Comejen," called ROSALES.  Comejen told ROSALES
that he was thinking of "stopping by" and saying hello in about
20 minutes.  ROSALES replied okay.  At 2:02 p.m., Comejen called
ROSALES again and said that he would be there in "one minute."
ROSALES said he was ready. (Meaning, I believe, that ROSALES was
waiting for Comejen to arrive so that he could deliver money he
owed BALBI and/or receive a delivery of drugs.

**Seizure of $95,080 (Comejen)**

124. On October 19, 2003, following conversations between
ROSALES, BALBI, and Comejen, surveillance observed two (2)
Hispanic males driving a blue minivan enter 46 Wyman Street at
approximately 2:07 p.m.  A short time later, 2:11 p.m., the same
two (2) men were observed exiting 46 Wyman Street, getting back
into the blue minivan and, after making two more stops in Lynn,
MA, headed for the Massachusetts Turnpike.  After traveling
westbound for several miles on the Turnpike, a Massachusetts
State Police marked unit (in contact with myself and other agents

in Lynn and on my directive) stopped the blue minivan.  The two
occupants of the minivan identified themselves as "Wilson Andrid
Ortiz" (driver) and "Carmello Rosa" (passenger).  A subsequent
search of the back seat floor of the vehicle revealed a "hide"
that contained $95,080 in U.S. currency. (Money that, I believe,
these individuals collected from ROSALES at 46 Wyman Street at
approximately 2:12 p.m. in payment of a drug debt ROSALES owed
BALBI for a previous supply of cocaine.)

**22.  October 24-25, 2003: MADERA, ROSALES, GERMOSEN, and ASARO**

125. On October 24 and October 25, 2003, MADERA spoke with
ROSALES, Christian GERMOSEN, and ASARO.  The substance of these
calls involved ROSALES' contact with MADERA about collecting a
sum of money from MADERA (owed to ROSALES from a previous drug
sale to MADERA), so that ROSALES could pay a second person who
had plans to meet ROSALES the night of October 24, 2003 to
collect money that ROSALES, apparently, owed him.

126. After that, MADERA called ASARO several times and
pressed him to come up with money that he owed MADERA.  During
these calls, ASARO told MADERA that he had "28" (i.e. $28,000)
ready to give to MADERA but that he was waiting for the payment
of another "30" (i.e. $30,000) from another client that he also
intended to give MADERA.  After this conversation, MADERA called
GERMOSEN and directed him to make arrangements with ASARO about

116

picking up money from ASARO and delivering it to ROSALES.

127. Apparently, after GERMOSEN went to meet ASARO to collect money, he called MADERA to say that he detected police surveillance and aborted the errand to meet ASARO and, later, ROSALES. MADERA then called ROSALES to say ROSALES would have to wait until the next day to get his money. ROSALES was irritated with MADERA and told MADERA that he would have the person to whom he owed money spend the night to await MADERA's payment the following day.

128. The afternoon of October 25, 2003, MADERA called GERMOSEN to ask him whether he had picked up money from ASARO and delivered it to ROSALES. GERMOSEN said that he was seeing ASARO that afternoon before meeting with "Tono," (referring to ROSALES' alias.) To reassure MADERA, GERMOSEN told MADERA that ASARO had called him (GERMOSEN) to say that ASARO had all the money ($58,000), and that GERMOSEN would call ROSALES within the hour about meeting him.

129. Later, MADERA called ROSALES to say that GERMOSEN was waiting on the "other thing" (ASARO's money) and would be seeing ROSALES soon. ROSALES again reminded MADERA that "he was "ready" and that GERMOSEN should call first in case ROSALES was out.[41]

---

[41] At 4:57 p.m. on October 25, 2003, agents surveilled GERMOSEN drive to 46 Wyman Street in Lynn, MA, park in the back of the apartment house, exit the car, wait for several minutes at the back door, then meet with ROSALES outside for several more minutes. While both ROSALES and GERMOSEN were outside,

117

Later, at 5:30 p.m., GERMOSEN called MADERA to say that he
already been to "Tono's place," had "left already." MADERA told
GERMOSEN that he (MADERA) still owed ROSALES "5" ($5000) and that
he would give "them to him tomorrow in the afternoon."

130. Two minutes later, MADERA called ASARO to say that "my
brother" (GERMOSEN) is on his way over to see you, and that he
needed to give GERMOSEN "28...5" ($28,500 for, I believe, 1
kilogram of cocaine), and that the $500 was for GERMOSEN so that
he could "make something" in this deal. ASARO said fine.

### 23. November 4-5, 2003: ROSALES and Silvestre LIZARDI, 80 Sagamore Street, Apt. #205 (ROSALES), 892 Washington Street (Giovanni's BMW Auto Body)

131. On November 4, 2003, between 5:09 p.m. and 7:20 p.m.,
ROSALES had five (5) conversations with Silvestre LIZARDI from a
telephone number subscribed to Citywide Auto Glass, 92 Newbury
Street, Peabody, MA - LIZARDI's employer.

132. During the initial call at 5:09 p.m., LIZARDI asked
ROSALES if he had "something now." (In other words asking
ROSALES, I believe, if ROSALES had drugs.) ROSALES replied that
he had a "*carro* (car) available so he can paint it." (The "he
that ROSALES was referring to was LIZARDI's associate - Giovanni

---

surveillance watched ROSALES enter a vehicle (a green Lincoln
sedan), collect a plastic bag holding what appeared to be a
single kilogram of cocaine (shape and size of the bag's contents
very similar to a kilogram of cocaine), deliver the bag to
GERMOSEN who, in turn, re-entered his vehicle and drove away.
(Agents believe that this kilogram of cocaine was later delivered
to ASARO at MADERA's direction for the aforementioned $28,500.)

AVILA, the "Painter" – and whether he (Giovanni) wanted to purchase the *carro.* (coded reference to a kilogram of cocaine.)

133. At 5:28 p.m., LIZARDI asked ROSALES what the price was ("he's [AVILA] going to want to know the price"). ROSALES told LIZARDI that "he (AVILA) can take it with six." (Meaning, I believe, that a kilogram of cocaine would cost $26,000. ROSALES said that he wanted AVILA to pay for the kilogram up front – "right away". LIZARDI asked ROSALES what the kilogram looked like and whether it was "shiny." ROSALES said that it was "*gringa*" or white in color. ROSALES assured LIZARDI that it had "some shine." (In my experience, white cocaine constitutes good quality; "shiny" cocaine constitutes cocaine that is also good quality.)

134. At 6:32 p.m., LIZARDI told ROSALES that his associate (AVILA) was at the gym, and that LIZARDI had beeped him using the Nextel direct connect feature. ROSALES said that he could do the deal the next day if the guy needed drugs.

135. At 7:20 p.m. the same day, LIZARDI, again asked ROSALES about the quality of the kilogram of cocaine ROSALES was trying to sell him. For example, LIZARDI asked whether it came "one to a box," and whether it "came with a cover...a plastic cover." ROSALES assured LIZARDI that it came "all wrapped." LIZARDI said that he would speak with ROSALES the next day about making the delivery.

136. Finally, at 8:15 p.m., LIZARDI confirmed with ROSALES that his "guy" (AVILA, the painter) would buy the kilogram of cocaine at the price quoted ($26,000), and that he would pay right away. However, LIZARDI continued to ask ROSALES about the quality of the cocaine. For example, was it the same quality as the cocaine that he (LIZARDI) used to buy from Valentin MARTINEZ ("like when it comes from over there...like they used to bring it to *Vale* from over there (i.e. Mexico)"); whether it was packed/wrapped the same way when "Greg" delivered it; whether the drugs were from "another company"; whether it came with "tape" on it or in "one piece" with tape on it; and whether it "smelled good." ROSALES related that it came from "another company" but that it came in "one piece." ("another company" meaning that it did not come from Valentin MARTINEZ' source in Mexico.)

137. On November 5, 2003 between 10:32 a.m. and 12:48 p.m., ROSALES spoke with LIZARDI several times from the same number subscribed to Citywide Auto Glass, 92 Newbury Street, Peabody, MA. Some of the topics discussed between ROSALES and LIZARDI included the following: LIZARDI was ready to pick up the kilogram of cocaine from ROSALES' at 46 Wyman Street; ROSALES changed the delivery site from 46 Wyman Street to the "parking lot" at ROSALES' own house, 80 Sagamore Street; LIZARDI complained to ROSALES that "he" (AVILA) did not like the cocaine, so ROSALES told LIZARDI to return the drugs to him; LIZARDI, however, said

that the painter (AVILA) wanted to show it to a third party to
see if the third party wanted it; ROSALES agreed to let the
painter (AVILA) try to sell the kilogram (for $26,000) but
ROSALES needed the purchase money up front, otherwise, he wanted
the kilogram of cocaine back; ROSALES was frustrated with LIZARDI
because the painter was taking too long to show the drugs to the
third party; LIZARDI complained to ROSALES that after he had met
with ROSALES that day, he was stopped by the police who ticketed
him for driving a vehicle with excessively dark tinted glass;
LIZARDI confirmed with ROSALES that the third party would buy the
kilogram of cocaine, but also wanted to buy 2 more kilograms of
cocaine from ROSALES of better quality than the one kilogram
given to the third party; ROSALES told LIZARDI that he would have
more cocaine over the weekend ("Saturday"); LIZARDI had the
purchase money from the painter (AVILA) and would meet ROSALES
later to count it.

**Surveillance of ROSALES and LIZARDI**

138. At 10:50 a.m., following preliminary calls between
LIZARDI and ROSALES, ROSALES was observed arriving at 46 Wyman
Street driving a Green Lincoln Town Car (Abreu's vehicle),
parking and exiting the Lincoln, entering the grey Sable station
wagon in which ROSALES had been seen many times during this
investigation around Lynn, and then departing 46 Wyman Street
operating the grey Sable wagon at approximately 10:57 a.m.   At

121

11:06 a.m. surveillance observed ROSALES and the Sable wagon

arriving at 80 Sagamore Street in Lynn, ROSALES residence.   At

11:09 a.m., ROSALES and the Sable departed 80 Sagamore Street and

drove around the block several times.   At 11:15 a.m. surveillance

of ROSALES was terminated and agents set up in front of 80

Sagamore Street.   At 11:26 a.m. ROSALES and the Sable were

spotted, again, parked in front of 80 Sagamore Street.   At

approximately the same time, surveillance noted a second Hispanic

male dressed in a black jacket walk out of Giovanni's BMW Auto

Body (AVILA'S auto repair/body shop located 892 Washington Street

in Lynn and nearby to 80 Sagamore Street and owned by Giovanni

AVILA) and enter a white van with the name "glass doctor" printed

on the side. Shortly afterwards, surveillance observed this same

Hispanic male speaking on a cellular telephone at the *same* time

(approximately 11:25 a.m.) that monitors intercepted LIZARDI

complaining to ROSALES about the quality of the cocaine LIZARDI

was picking up for his associate the painter (see ¶129, supra.).

Thereafter, surveillance followed the white van drive to Essex

Street, where the Hispanic male in the black jacket exited the

van (at approximately 11:32 a.m.), crossed the street, and enter

405 Essex Street. At 11:38 a.m., the Hispanic male with the

black jacket departed 405 Essex Street, re-entered the white van,

and drove away. After making one stop at Norcross Terrace, Lynn

police officers stopped the white van on Eastern Avenue.[42]
Before citing the operator for driving a vehicle with excessively
dark tinted windows, officers obtained identification from
operator confirming that he was Silvestre LIZARDI of 27 Warren
Street, Newburyport, MA

139. At 12:48 p.m. the same day, LIZARDI called ROSALES to
complain that he had just been stopped by the police on Eastern
Avenue and cited for driving a vehicle with "too dark" windows.

**24.  November 29, 2003: ROSALES and GREENBERG**

140. On November 29, 2003, at approximately 2:20 p.m.,
ROSALES received a call from Howard GREENBERG calling from 617
957-1508, a number subscribed to Howard Greenberg, 677 Revere
Beach Blvd, Revere , MA.  After GREENBERG asked ROSALES what was
going on, ROSALES replied, "what can I say...something
different." "Hallelujah," replied GREENBERG, "is it good?"
(Inquiring about the quality of drugs ROSALES was selling.)
ROSALES answered, "yeah, came back the same as the other stuff."
GREENBERG replied, "okay, give me a big one...make sure it's
okay." (Meaning that he would buy an undetermined amount of
cocaine.) ROSALES asked GREENBERG if he was in a rush to get the

---

[42]   It was at this location, immediately after LIZARDI
parked the white van on Essex Street, that GS Brady dialed 978
479-2425 (the number LIZARDI had used to communicate with
ROSALES). At the moment that the call was answered, GS Brady
observed LIZARDI put his cellular telephone to his ear using his
left hand and say the word "hello." GS Brady then quickly ended
the call.

drugs.  GREENBERG replied, Uh....about an hour."  "Alright,

that's fine," stated ROSALES.  Before hanging up, GREENBERG

pressed ROSALES  about the quality of the drugs, "are you sure

its okay?" ROSALES replied, "yes, yes, don't worry."

**25.  November 29 to December 1, 2003: ROSALES, BALBI, and 7
      kilogram seizure**

141. On November 29, 2003 at approximately 7:50 p.m.,

ROSALES called Diego BALBI.  ROSALES asked BALBI if he (BALBI)

was going "...to pay  me a visit." BALBI replied that he was

coming "tomorrow afternoon" (November 30, 2003). ROSALES told

BALBI that he needed "a girl so she can clean up the

house....just one" ("girl" referring to a kilogram of cocaine.)

BALBI replied that he had already put together "a package for you

with a hand...because things are kind of tough now on the street

to be going up and down...so I just want you to be okay over

there , so you can relax." (BALBI meant, I believe, that with

cocaine supplies scarce, he wanted to give ROSALES five (5)

kilograms of cocaine ("a hand" or five fingers) and not one, so

that he (or his associate Comejen) would not have to make

multiple trips between New York and Lynn to supply ROSALES with

cocaine.)  "Wow," replied ROSALES, "how many girls do you have to

clean up the house?" BALBI told him "3 or 4 at the most...so I'll

see you around 10 or 11 (o'clock)." (meaning, I believe, BALBI

had 3 or 4 kilograms of cocaine earmarked for ROSALES that could

be delivered at 10:00 or 11:00 on November 30.)

124

142. On November 30, 2003, at approximately 4:07 p.m., BALBI called ROSALES to tell ROSALES that the trip to Lynn was going to be delayed a day but that he would leave "early tomorrow."

143. On December 1, 2003, at approximately 7:40 p.m., BALBI called ROSALES and asked ROSALES whether "my *compadre*" (referring to Comejen) had arrived yet. ROSALES replied "no....he hasn't called me." BALBI expressed concern for his *compadre* - "that scares me man" - noting that Comejen had left New York "around 3 (o'clock)."

144. At approximately 9:52 p.m. the same day, ROSALES and BALBI spoke again. After ROSALES confirmed that the guy (Comejen) had still not called, BALBI remarked that "he (referring to Comejen) had some problems...he got into an accident or something" and that ROSALES should not talk over the telephone that he was using.

## 26. December 1, 203: 7 kilogram seizure Harrison, NY

145. During the evening of December 1, 2003, Harrison NY Police working with DEA New York and DEA Boston, and in response to the aforementioned intercepts between ROSALES and BALBI, stopped a red Toyota Camry on the Hutchinson River Parkway containing a single Hispanic male who identified himself to officers as "Carmello Rosa" -- the same person who was the passenger of the blue minivan that contained $95,080 in a hide and was stopped by Massachusetts State troopers on October 19,