AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

GILBERTO ZAYAS, aka Tony

**WARRANT FOR ARREST**

CASE NUMBER: 04-1685-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  GILBERTO ZAYAS, aka Tony
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE AND TO DISTRIBUTE COCAINE A SCHEDULE II CONTROLLED SUBSTANCE

in violation of Title 21 United States Code, Section(s) 846

Name of Issuing Officer: Charles B. Swartwood

Title of Issuing Officer: U.S. MAGISTRATE JUDGE

Signature of Issuing Officer

Date and Location: 02-26-2004  BOSTON, MASSACHUSETTS

Bail fixed at $ _____ by _____
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at
USMS Worcester, MA.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 5-3-04 | S/A Jean Drouin | |
| DATE OF ARREST | | |
| 5-1-04 | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: GILBERTO ZAYAS

ALIAS: Tony

LAST KNOWN RESIDENCE: 39 FAYETTE STREET, APT. #1, LYNN, MA 01902-2346

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH (4 digit year): 00-00-1973

SOCIAL SECURITY NUMBER (last 4 digits only): 000 - 00 - 5419

HEIGHT: 5'11"    WEIGHT:

SEX: MALE    RACE:

HAIR:    EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: