UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
            v.              )
                            )  Criminal No. M-04-1685-CBS
GILBERTO ZAYAS              )
a/k/a "Tony"               )
                            )
        Defendant.          )

### GOVERNMENT'S SUBMISSION REGARDING DETENTION

The United States of America (the "government") hereby
submits the following information relative to defendant Gilberto
Zayas, a/k/a "Tony" and the issue of his release or dentention in
this case in accordance with 21 U.S.C. §3142(f)(2)(A).

In the course of the detention proceedings, defendant Zayas
has stated that his real name is "Gilberto Zayas," and that he
was born in Bayamon, Puerto Rico on August 5, 1973.  To that end,
counsel for Zayas produced a copy of a Puerto Rican birth
certificate.

In light of Pretrial Service Officer Quascot's reported
concern that Zayas was not of Puerto Rican descent (Officer
Quascot did not detect a Puerto Rican accent nor was she
satisfied with Zayas' professed knowledge of Puerto Rico), the
government asked authorities in Puerto Rico to "follow up" and/or
somehow document defendant's professed name and nationality.

The results of their investigation confirmed that "Gilberto
Zayas" was indeed born in Puerto Rico on August 5, 1973 but that
Mr. Zayas was also convicted of felony possession of drugs on

2

December 2, 1999 in Bayamon, PR and sentenced to 2 years in prison. In connection with Zayas conviction and incarceration, Puerto Rican authorities obtained a booking photograph of "Gilberto Zayas" at the time of his arrest on the aforementioned drug charge on July 19, 1999 – a date that is also confirmed by Zayas PR criminal record. Examination of the Zayas booking photograph depicts an individual obviously different that the defendant "Gilberto Zayas" who is currently before the Court. (A copy of both the Spanish language PR criminal record, an english translation of same, and the 7/19/99 booking photo of the <u>real</u> Gilberto Zayas is attached to this submission.)

Based on the foregoing, the government contends that this defendant is not who he professes to be and, as such, now poses a real issue as to his true identity.

Respectfully submitted,

**MICHAEL J. SULLIVAN**
United States Attorney

**ROBERT L. PEABODY**
Assistant U.S. Attorney
(617)748-3240

**Dated:** June 3, 2004