UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2004 JUN -4  A 11: 14

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| GILBERTO ZAYAS ) | Criminal No. M-04-1685-CBS |
| a/k/a "Tony" ) | |
| ) | |
| Defendant. ) | |

## MOTION TO WITHDRAW

Undersigned counsel for the defendant, who was appointed by this Court pursuant to the Criminal Justice Act, requests permission to withdraw from representation of the defendant. As grounds therefore, counsel states that there has been an irretrievable breakdown in the attorney/client relationship and the defendant's interest will be better served by the appointment of replacement counsel. Neither the Government nor the defendant will be prejudiced by counsel's withdrawal given the fact that the case commenced recently by the filing on or about May 3, 2004 of a Criminal Complaint. Thus, an indictment has not issued against the defendant at this stage in the proceedings.

GILBERTO ZAYAS a/k/a "Tony"
By his attorney,

*/s/ Valerie S. Carter*
Valerie S. Carter (BBO # 545412
Carter & Doyle
530 Atlantic Avenue
Boston, MA  02210
617-348-0525
(781) 581-9880

DATED: June 4, 2004

*6-4-04
After hearing with Mr. Zayas present, motion allowed.*

CERTIFICATE OF SERVICE

I, hereby certify that a copy of the within pleading was served on June 4, 2004 by hand on **Robert L. Peabody,** Assistant United States Attorney, United States Attorney's Office, One Courthouse Way, Suite 9200, Boston, MA   02210.

_____
Valerie S. Carter