AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF    MA

UNITED STATES

V.

A. Hamdan, R.. Garcia, S. Lizardi, G. Avilla & G. Zayas

**EXHIBIT AND WITNESS LIST**

Case Number:  04-1685-CBS

| PRESIDING JUDGE SWARTWOOD | PLAINTIFF'S ATTORNEY Peabody | DEFENDANT'S ATTORNEY Norris, Budreau, Schneider, Natola, Carter |
|---|---|---|
| TRIAL DATE (S) 6/1/2004 | COURT REPORTER 9:44 A | COURTROOM DEPUTY Roland |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | Witnesses |
| | | 6/1/2004 | | | Agent Jean Drouin |
| | | | | | Khalil Mansour |
| | | | | | |
| | | | | | |
| | | | | | Exhibits |
| 1 | | 6/1/2004 | X | X | Complaint & Affidavit |
| | A | 6/1/2004 | X | X | Criminal Docket Sheet for Hamdan |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.